No. 493. LAKE CENTRAL AIRLINES, INC., *v.* DELTA AIR LINES, INC. C. A. 2d Cir. Certiorari granted. *Albert F. Grisard* for petitioner. *James W. Callison* and *Robert Reed Gray* for respondent.

No. 495. COMMUNIST PARTY, U. S. A., ET AL. *v.* LUBIN, INDUSTRIAL COMMISSIONER. Motion for leave to substitute Martin P. Catherwood in the place of Isador Lubin as the party respondent granted. Petition for writ of certiorari to the Court of Appeals of New York granted. *John J. Abt* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondent.

No. 366. MARSHMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 512. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF STOUFFER. C. A. 6th Cir. Certiorari denied. *Charles W. Steadman* and *William F. Snyder* for petitioners in No. 366. *Solicitor General Rankin, Acting Assistant Attorney General Sellers* and *I. Henry Kutz* for petitioner in No. 512 and respondent in No. 366. *James C. Davis* for respondent in No. 512. Reported below: 279 F. 2d 27.

No. 498. HICKEY ET AL. *v.* ILLINOIS CENTRAL RAILROAD. C. A. 7th Cir. Certiorari denied. *George D. Sullivan, Jr., Burton H. Young* and *Werner W. Schroeder* for petitioners. *Herbert J. Deany, Robert S. Kirby* and *Joseph H. Wright* for respondent.